No. 10–6910.  FARROW *v.* JOHNS, WARDEN, 562 U. S. 1036.  Motion for leave to file petition for rehearing denied.

APRIL 5, 2011

No. 10–8317 (10A971).  FOSTER *v.* TEXAS, 562 U. S. 1194.  Motion for leave to file petition for rehearing granted.  Respondent is requested to file a response to the petition for rehearing within 30 days.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending disposition of the petition for rehearing.  Should the petition for rehearing be denied, this stay shall terminate automatically.  In the event the petition for rehearing is granted, the stay shall terminate upon the issuance of the mandate of this Court.  JUSTICE SCALIA would deny the motion for leave to file petition for rehearing and the application for stay of execution.

APRIL 7, 2011

No. 10–969.  LEE'S SUMMIT HONDA *v.* RUHL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED.  Sup. Ct. Mo.  Certiorari dismissed under this Court's Rule 46.

APRIL 12, 2011

No. 10–746.  BIN MOHAMMED ET AL. *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. D. C. Cir.  Certiorari dismissed under this Court's Rule 46.

APRIL 13, 2011

No. 10–8159.  HANSON *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari dismissed under this Court's Rule 46.